IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Evonna Mathis,

    Plaintiff,

v.

U.S. Marshal Service,

    Defendant.

Case No. 2:11-cv-271

JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kemp

### ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 5, 2011. No objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation.

This case is **DISMISSED** because the United States Marshals Service cannot be sued and because the complaint does not state any plausible claims for relief. The Clerk shall serve a copy of the complaint, the Report and Recommendation, and this order of dismissal on the defendant.

    **IT IS SO ORDERED.**

5-5-2011
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**