AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**EVONNA MATHIS,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO.  C2-11-271**
**U. S. MARSHALS SERVICE,**      **JUDGE EDMUND A. SARGUS, JR.**
                                               **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

   ___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

        **Pursuant to the Order filed May 5, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 5, 2011                                          JAMES BONINI, CLERK

                                                              */S/ Andy F. Quisumbing*
                                                               (By) Andy F. Quisumbing
                                                              Courtroom Deputy Clerk